No. 9351. STATE OF MONTANA on the relation of AL-BERT L. SMITH, PETITIONER, *v.* DISTRICT COURT OF THE EIGHTH JUDICIAL DISTRICT of the State of Montana in and for the County of Cascade, and C. F. HOLT, one of the Presiding Judges of said Court, RESPONDENTS.

261 Pac. (2d) 809.

Decided October 26, 1953.

*Aronow & Hoyt, Cedor B. Aronow,* Shelby, *Charles Davidson,* Great Falls, for Petitioner.

Per Curiam.

It is ordered that the writ be denied and the proceeding dis-

missed for the reason that it has long been the established law of this state that a defendant in a criminal case has no right to file an affidavit disqualifying a district judge presiding in such criminal cause for imputed bias or prejudice under the provisions of subdivision 4, section 93-901, R. C. M. 1947, or any other provision of the codes. See State ex rel. Dunn v. District Court, 55 Mont. 618, 185 Pac. 774; State ex rel. Houston v. District Court, 61 Mont. 558, 202 Pac. 756.

Proceedings dismissed.